SETH C. GAGLIARDI

KZ2W
1/25/17

FILED

2017 SEP 25 AM 11: 38

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. **'17MJ9037** |
|---|---|
| Plaintiff, | COMPLAINT FOR VIOLATION OF |
| v. | Title 8, U.S.C., Section 1326 Attempted Entry After Deportation (Felony) |
| Jose Alejandro ARRIAGA, | |
| Defendant. | Title 8, U.S.C., Section 1325 Attempted Illegal Entry (Misdemeanor) |

The undersigned complainant being duly sworn states:

## COUNT I

On or about September 24, 2017, within the Southern District of California, defendant, Jose Alejandro ARRIAGA, an alien, who previously had been excluded, deported and removed from the United States to Mexico attempted to enter the United States with the purpose, i.e. conscious desire, to enter the United States without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Section 202(3) and (4),

1  and (557)), having expressly consented to the defendant's reapplication for admission into

2  the United States; in violation of Title 8, United States Code, Section 1326.

3                                      COUNT II

4

5          On or about September 24, 2017, within the Southern District of California,

6  defendant, Jose Alejandro ARRIAGA, an alien, did knowingly and willfully attempt to

7  enter the United States at a place other than as designated by immigration officers, eluding

8

9  examination and inspection by Immigration Officers, a misdemeanor; in violation of Title

10  8, United States Code, Section 1325.

11

12         And the complainant states this complaint is based on the attached Statement of facts,

13  which is incorporated herein by reference.

14

15

16                              FRANK L. MORAGA
                                BORDER PATROL AGENT

17

18         SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 25th

19  DAY OF SEPTEMBER 2017.

20

21

22                              HON. PETER C. LEWIS
                                U.S. MAGISTRATE JUDGE

23

24

25

26

27

28

                                          2

1  UNITED STATES OF AMERICA
2                      v.
3  Jose Alejandro ARRIAGA
4                    STATEMENT OF FACTS

5      The complainant states this complaint is based upon statements in investigative
6
7  reports by Border Patrol Agent (BPA) J. Mcgilvray, that defendant, Jose Alejandro
8  ARRIAGA (ARRIAGA) attempted to enter the United States and was arrested on
9  September 24, 2017, near Calexico, California.

10
       On September 24, 2017, BPA E. Pena was performing his assigned line-watch duties
11
12  approximately 0.5 miles east of the Calexico West Port of Entry.  This area is located on First
13  Street in Downtown Calexico and consists of urban structures such as public parking,
14
    residences and yards.  Aliens frequently use this area to illegally enter into the United States
15
16  and conceal themselves within these structures.

17      At approximately 3:00 p.m., BPA Pena was notified by a Remote Video Surveillance
18
19  System (RVSS) Operator that two individuals climbed over the United States/Mexico
20  International Boundary Fence.  RVSS maintained constant visual of one of the individuals,
21  later identified as ARRIAGA. BPA Pena responded to the location and with RVSS assistance,
22
23  encountered ARRIAGA, approximately sixty yards north of the United States/Mexico
24  International Border.  BPA Pena identified himself as a BPA and questioned ARRIAGA as
25  to his citizenship.  BPA Pena ascertained ARRIAGA was a citizen of Mexico without the
26
27  proper documentation to enter, work, or reside in the United States legally.  BPA Pena then
28

                                        3

1  placed ARRIAGA under arrest and arranged to have him transported to the Calexico Border

2  Patrol Station.

3
4  Records checks revealed ARRIAGA was ordered removed from the United States

5  by a Designated Official on June 13, 2000 in Calexico, California and was most recently

6  removed to Mexico on October 30, 2001 through Calexico, California.

7  There is no evidence showing ARRIAGA has applied for and sought or received
8
9  permission from the United States Attorney General or the Secretary of the Department of

10  Homeland Security to re-enter the United States after being previously removed.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28